IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIANO MORALES-GARCIA,

    Petitionor,

vs.                                                   Case No. 5:06-CV-98-SPM/MD

JOSE BARRON, JR.,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16).  Petitioner filed a writ of habeas corpus claiming that the Bureau of Prisons failed to provide him the proper credit for previous jail time served.  However, Petitioner was released from custody on December 19, 2006.  Therefore, his claim for habeas corpus relief is moot.

The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed, presumably because all court mail has been returned from Plaintiff's last known institution, and Plaintiff has not filed a change of address with the court.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order.

2. This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this <u>seventh</u> day of August, 2007.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge